Khidr ABDUL–KHABIR,
Plaintiff—Appellant,

v.

F.W. GREEN, Warden, Mecklenburg Correctional Center; Irene Dunn, Food Service Director/Administrator, Mecklenburg Correctional Center; Lieutenant Lewis, Mecklenburg Correctional Center; S. Wetherbee, Registered Nurse/Medical Department Director/Coordinator, Mecklenburg Correctional Center; R. Fleming, Department of Corrections, Regional Director, Defendants—Appellees,

and

All Known and Unknown Defendants Defendants.

No. 04–6154.

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2004.

Decided: March 29, 2004.

Khidr Abdul–Khabir, Appellant pro se.

Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia; Michael Eugene Ornoff, Ornoff & Arnold, P.C., Virginia Beach, Virginia, for Appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

---

* The case was decided by a magistrate judge upon the consent of the parties pursuant to 28 U.S.C. § 636(c) (2000).

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Khidr Abdul–Khabir appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Abdul–Khabir v. Green,* No. CA–02–894–02 (E.D.Va. Dec. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*